IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MURPHY BROS., INC., an Illinois corporation; MURPHY BROS. - PARTNERSHIP a/k/a William F and Michael D Murphy Partnership, an Illinois partnership; MURPHY PIPELINE, INC., an Illinois corporation; MURPHY CONTRACTING, INC., an Illinois corporation; MICHAEL D. MURPHY, a resident and citizen of Illinois; and WILLIAM F. MURPHY, a resident and citizen of Illinois,<br><br>Defendants. | Case No. 4:03-cv-4073<br><br>Judge Michael M. Mihm |

FILED
SEP 3 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## AGREED ORDER

This matter coming on for status, the Court having received the most recent status report, the parties being in agreement, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED

THAT this matter is dismissed with prejudice.

-CHGO1:30482856.v1

s/Michael Mihm
―――――――――――――――――
Judge Michael M. Mihm

AGREED:

*Timothy S Harris*
Alexander Terras
Timothy S. Harris
Piper Rudnick LLP
203 N. LaSalle Street, Suite 1800
Chicago, Illinois 60601
Telephone: (312) 368-4000
Counsel for Plaintiff

*Jeffrey B. Moorhouse*
Jeffrey B. Moorhouse, Esq.
Califf & Harper, P.C.
6th Floor First Midwest Bank Bldg.
506 Fifteenth St.
P.O. Box 719
Moline, IL 61266-0719
Telephone: (309) 764-8394
Counsel for Defendants

2

~CHGO1:30482856.v1